1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT FOR THE
9                 EASTERN DISTRICT OF CALIFORNIA
10

11   DANIEL PENA,                        1:09-cv-1494-MJS (HC)
12          Petitioner,                  ORDER DENYING PETITIONER'S
13                                       MOTION TO STAY AND ABEY PETITION
         vs.
14                                       ORDER GRANTING PETITIONER
     LARRY SMALL,                        EXTENSION OF TIME TO FILE
15                                       TRAVERSE
          Respondent.
16                                       [Doc. 25]

17   _____/  THIRTY DAY DEADLINE

18          Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant

19   to 28 U.S.C. § 2254. On August 18, 2009, Petitioner filed a petition for writ of habeas

20   corpus raising three grounds for relief: (1) that the trial court erroneously denied his

21   Wheeler/Batson motion alleging a prima facie case of discrimination by the prosecution

22   in its use of peremptory challenges against Hispanic jurors, (2) that the trial court

23   improperly instructed members of the jury to not exercise their right to have testimony

24   read back to them, and (3) the use of jury instructions, CALCRIM Nos. 220 and 222,

25   violated his due process rights. (Pet. at 4, 11, ECF No. 1.) On direct appeal, Petitioner

26   presented the claims to the California Court of Appeal, Fifth Appellate District and the

27   California Supreme Court. (Pet., Exs. A-B.)

28   ///

                                        -1-

On August 20, 2010, Respondent filed an answer in response to the petition. (Answer, ECF No. 18.) In the answer, Respondent acknowledges that Petitioner had exhausted his claims in state court, and proceeds to address the claims on the merits. (Id.) After filing two motions for extension of time to file a traverse, Petitioner has brought the present motion to stay the petition to allow him to exhaust his state court remedies. Despite Petitioner's assertion that he filed a mixed petition containing exhausted and unexhausted claims, it appears that Petitioner has exhausted all of the claims contained in his petition. Further, Respondent has acknowledged that Petitioner has exhausted his claims, and addressed the claims on the merits. Accordingly, there is no need to stay the petition to allow Petitioner to return to state court to exhaust his claims.

As Petitioner has not filed a mixed petition, and his claims are already exhausted, Petitioner's motion to stay the petition is DENIED. In, perhaps, an over-abundance of caution, the Court shall provide Petitioner a third extension of time to file a traverse to Respondent's Answer. Petitioner is hereby GRANTED a thirty (30) day extension of time from the date of service of this order  to file a traverse.


IT IS SO ORDERED.

Dated:      December 14, 2010              /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE

-2-